# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY ALLEN CROSS GUNS, JR.,<br><br>Defendant. | Case No. CR 20-89-GF-BMM<br><br>**ORDER** |

The Defendant, Wesley Allen Cross Guns, Jr., through his counsel, moved this Court for its order vacating the detention hearing presently set for Tuesday, December 22, 2020, at 3:00 p.m. The Government does not object. For good cause appearing,

IT IS HEREBY ORDERED that the detention hearing set for Tuesday, December 22, 2020, at 3:00 p.m. is VACATED.

DATED this 22nd day of December, 2020.

_____
John Johnston
United States Magistrate Judge