THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY ALLEN CROSS GUNS, JR.,<br><br>Defendant. | CR 20-89-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

### I.  Synopsis

Defendant Wesley Allen Cross Guns Jr. (Cross Guns) has been accused of violating conditions of his supervised release. (Docs. 65 and 68). Cross Guns admitted to the alleged violations set forth as allegations (1), (3) and (4) in the Amended Petition. Cross Guns' supervised release should be revoked. Upon agreement of the parties, Cross Guns should be placed in custody for 2 months, with 23 months of supervised release to follow. During the first 60 days of Cross Guns' supervised release, he shall be placed in an in-patient treatment facility, such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Cross Guns shall reside in a

sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.

## II.   Status

Cross Guns plead guilty on April 6, 2021 to the offense of Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), 942(a)(2) as charged in Count 1 of the Indictment. (Doc. 24). Cross Guns was sentenced to 27 months of custody followed by 3 years of supervised release. (Doc. 38). Cross Guns' current term of supervised release began on May 10, 2024.

**Petition and Amended Petition**

On July 9, 2024, the United States Probation Office filed a Petition requesting that the Court revoke Cross Guns' supervised release. (Doc. 65). The Petition alleged Cross Guns violated conditions of his supervised release by: (1) violating his restriction of home confinement by purchasing alcohol at a Town Pump in Browning, Montana on July 7, 2024, and (2) failing to refrain from the consumption of alcohol on July 7, 2024.

On July 16, 2024, the United States Probation Office filed an Amended Petition for Warrant for Offender Under Supervision, requesting that the Court revoke Cross Guns' supervised release. (Doc. 68). This Amended Petition alleged Cross Guns violated the conditions of his supervised release by the added violations of: (3) violating his restriction of home confinement by purchasing alcohol at a Town

Pump in Browning, Montana on July 9, 2024; and (4) failing to refrain from the consumption of alcohol on July 9, 2024.

**Initial Appearance**

Cross Guns appeared before the Court on July 17, 2024. Cross Guns was represented by counsel. Cross Guns stated that he had read the Amended Petition and that he understood the allegations against him. Cross Guns waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on July 17, 2024. Cross Guns admitted that he had violated the conditions of supervised release as set forth in the Amended Petition by: (1) violating his restriction of home confinement by purchasing alcohol at a Town Pump in Browning, Montana on July 7, 2024; (3) violating his restriction of home confinement by purchasing alcohol at a Town Pump in Browning, Montana on July 9, 2024; and (4) failing to refrain from the consumption of alcohol on July 9, 2024. Cross Guns' violations of allegations (1), (3) and (4) are serious and warrant revocation of his supervised release. Cross Guns denied (2) failing to refrain from the consumption of alcohol on July 7, 2024. The Government moved to dismiss allegation 2, which the Court granted.

**Sentencing hearing**

Cross Guns appeared before the Court on July 17, 2024. Cross Guns' violation is a Grade C violation. His criminal history category is V. Cross Guns' underlying offense is a Class C felony. Cross Guns could be incarcerated for up to 24 months. Cross Guns could be ordered to remain on supervised release for 25 months less any custody time. The United States Sentencing Guidelines call for a term of custody of 7 to 13 months.

**Analysis**

Cross Guns' supervised release should be revoked. Upon agreement of the parties, Cross Guns should be placed in custody for 2 months, with 23 months of supervised release to follow. During the first 60 days of Cross Guns' supervised release, he shall be placed in an in-patient treatment facility, such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Cross Guns shall reside in a sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.

### III.   Conclusion

The Court informed Cross Guns that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Cross Guns of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Cross

Guns that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Cross Guns stated that he wished to waive his right to object to these Findings and Recommendations, and that he wished to waive his right to allocute before Judge Morris.

The Court **FINDS**:

> That WESLEY ALLEN CROSS GUNS JR. has violated the conditions of his supervised release by: (1) violating his restriction of home confinement by purchasing alcohol at a Town Pump in Browning, Montana on July 7, 2024; (3) violating his restriction of home confinement by purchasing alcohol at a Town Pump in Browning, Montana on July 9, 2024 and (4) failing to refrain from the consumption of alcohol on July 9, 2024.

The Court **RECOMMENDS:**

> That the District Court revoke Cross Guns' supervised release and place Cross Guns in custody for 2 months, with 23 months of supervised release to follow. During the first 60 days of Cross Guns' supervised release, he shall be placed in an in-patient treatment facility, such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Cross Guns shall reside in a sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocate before a district court judge.

DATED this 17th day of July 2024.

John Johnston
United States Magistrate Judge